UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
AMPARO RODRIGUEZ HURTADO,

               Plaintiff,

-against-

MICHAEL J. ASTRUE,
Commissioner of Social Security,

               Defendant.
-----------------------------------------------------------------X

JUDGMENT
08-CV-1056 (JG)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 13 2008 ★
BROOKLYN OFFICE

     An Order of Honorable John Gleeson, United States District Judge, having been filed on May 9, 2008, reversing the Commissioner's decision, pursuant to the fourth sentence of 42 U.S.C. § 405(g); and remanding plaintiff's claim for further administrative proceedings; it is

     ORDERED and ADJUDGED that the Commissioner's decision is reversed, pursuant to the fourth sentence of 42 U.S.C. § 405(g); and that plaintiff's claim is remanded for further administrative proceedings.

Dated: Brooklyn, New York
       May 12, 2008

                                                      s/Robert C. Heinemann
                                                      ROBERT C. HEINEMANN
                                                      Clerk of Court